178 F.3d 1280
 RTC MTG Trust - 1995 S/N1
v.
Avena Realty Co., Avena Coin Co., B&L Realty, Daniel J.
Avena, Sr., as Partner of Avena Realty Co., Daniel J. Avena,
Jr., as Partner of Avena Realty Co., Avena Coin Co., Linda
M. Avena, as Partner of Avena Realty Co., Robert L. Avena,
as Partner of Avena Realty Co., Edward L. Avena, Sr., Irene
M. Avena, Edward L. Avena, P.A., Angelina M. Avena, Daniel
J. Avena, CPA, Avena Enterprises, ta Avena Coin Co., ARC,
Inc. ta Avena Rare Coin, Security
 NOS. 98-5302, 98-5303, 98-5310
 United States Court of Appeals,
Third Circuit.
 March 31, 1999
 Appeal From: D.N.J. ,No.96cv4436
 
 1
 Remanded.